# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2292

_____

| | | |
|---|---|---|
| John E. Ampleman; Noel F. Ampleman, | * * * | |
| Appellants, | * * | |
| v. | * * | |
| | * | Appeal from the United States |
| Janet Schweiss, individually and in | * | District Court for the Eastern |
| her official capacity as a caseworker | * | District of Missouri. |
| for the Missouri Division of Family | * | |
| Services; George Ann Cooper, | * | |
| individually and in her official | * | [UNPUBLISHED] |
| capacity as a caseworker for the | * | |
| Missouri Division of Family | * | |
| Services; Missouri Division of | * | |
| Family Services, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted:  February 21, 2001
Filed:  February 27, 2001

_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

_____

PER CURIAM.

John and Noel Ampleman appeal the district court's[1] adverse grant of summary judgment in their action alleging due process violations, abuse of process, and malicious prosecution. After de novo review, see Schuver v. MidAm. Energy Co., 154 F.3d 795, 799 (8th Cir. 1998), we agree with the district court, for the reasons explained in its order, that the Amplemans' action was time-barred.

Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Jean C. Hamilton, Chief Judge, United States District Court for the Eastern District of Missouri.